**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-7264**

─────────

CALVIN PRESSLEY,

                                        Petitioner - Appellant,

        versus

THOMAS CORCORAN, Warden; JOSEPH CURRAN,
Attorney General; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                        Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
2378-L)

─────────

Submitted:  January 18, 2001        Decided:  January 25, 2001

─────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Calvin Pressley, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Calvin Pressley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Pressley v. Corcoran, No. CA-00-2378-L (D. Md. filed Aug. 11; entered Aug. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED